### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHIEF INDUSTRIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV167 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **CAMPUS LOFTS, INC.,** | ) | |
| an Iowa Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the plaintiff's Motion for Extension of Time to Responsively Plead to Defendant's Answer and Counterclaims (Filing No. 7). The plaintiff seeks an extension of time until twenty days after the court rules on the pending motion to change the place of trial to Lincoln (Filing No. 8) and an anticipated motion to remand. Alternatively, the plaintiff seeks an additional thirty days to file a responsive pleading. The plaintiff represents the defendant has no objection to the extension. The court finds that only a thirty-day extension to answer is warranted. Upon consideration,

**IT IS ORDERED**:

1. The plaintiff's Motion for Extension of Time to Responsively Plead to Defendant's Answer and Counterclaims (Filing No. 7) is granted as set forth herein.

2. The plaintiff's deadline to respond to the Defendant's Answer and Counterclaims is hereby extended by thirty days **until June 3, 2005.**

Dated this 27th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge