IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHIEF INDUSTRIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV167 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **CAMPUS LOFTS, INC.,** | ) | |
| an Iowa Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Joint Motion to Modify Dates in Parties' Planning Conference Report (Filing No. 34). Upon consideration,

**IT IS ORDERED**:

The Joint Motion to Modify Dates in Parties' Planning Conference Report (Filing No. 34) is granted.

Dated this 19th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge